**SUPPRESSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| CHAD MAURICE NEAL, | ) 4:13-R 00261HEA ) |
| Defendant. | ) |

FILED
JUN 2 7 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 23, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**CHAD MAURICE NEAL,**

the Defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about April 24, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**CHAD MAURICE NEAL,**

the Defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney